UNITED STATES of America, Plaintiff–Appellee,

v.

Charles D. HAWKINS, Defendant–Appellant.

No. 02–6510.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 26, 2002.

Decided Oct. 8, 2002.

Charles D. Hawkins, Appellant Pro Se. Raymond Hulser, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Charles D. Hawkins seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C.A. § 2255 (2000).* We have reviewed the record and conclude on the reasoning of the district court that Hawkins has not made a substantial showing of the denial of a constitutional right. *See United States v. Hawkins*, Nos. CR–00–332; CA–02–15–AM (E.D.Va. Mar. 12, 2002). Accordingly, we

---

* To the extent that Hawkins has raised new issues on appeal that were not presented to the district court, those claims are not properly before this court. *Muth v. United States*, 1 F.3d 246, 250 (4th Cir.1993).

deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*